UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| HAIRDX, LLC, | ) | Case No. SACV 09-01440 AN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER TO SHOW CAUSE RE |
| v. | ) | DISMISSAL |
| | ) | |
| SPEEDWINDS NUTRITION, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

On December 8, 2009, the plaintiff filed a complaint against defendants Speedwinds Nutrition and C.J. Thompson.

A plaintiff is required to serve process on a defendant within 120 days after the complaint is filed. Fed.R.Civ.P. 4(m) ("Rule 4(m)"). If the process is not served within the 120 day period, the Court must dismiss the action. *Id.*

Court records show that the plaintiff has not served process on both defendants in the time and manner required by the Court or Rule 4(m). To date, no proofs of service have been filed with the Court pursuant to Local Rule 73-2.2.

///

///

**O R D E R**

IT IS ORDERED that on or before **April 27, 2010**, the plaintiff is directed to show good cause, if there be any, why this case should not be dismissed without prejudice because of his failure to serve process within the time and manner required by the Court and Rule 4(m). The plaintiff shall attempt to show such cause by filing a declaration that explains and shows why the case should not be dismissed.

**Failure to timely comply with this Order will result in the dismissal of the case without prejudice, pursuant to Fed.R.Civ.P. 41, for failure to comply with a Court Order and want of prosecution. No further notice will be given.**

DATED: April 13, 2010

ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE